UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHRISTOPHER KELLEHER,**
    **Plaintiff,**

v.

**TOWN OF BROOKFIELD,**                            Civil Action No. 25-40071-BEM
**SARAH CAMPBELL, MAUREEN LEPAK,**
**KIMBERLY SIMONS a/k/a KIMBERLY**
**HURLEY, KAREN REYNOLDS and**
**JOHN DOE,**
    **Defendants.**

## ORDER OF REMAND

**MURPHY, District Judge**

In accordance with this Court's Memorandum and Order issued on January 5, 2026 [ECF #51], and no party seeking reconsideration of this Order, the above-entitled case as to **Count XII ONLY (Election Interference)** of the Amended Complaint [ECF #29] is hereby REMANDED to Worcester County Superior Court.

BY THE COURT,

/s/ Barbara I. Beatty
Deputy Clerk

Dated: February 17, 2026